GAIL E. RYE, Appellant, v LIFT LINE, INC., et al., Respondents. (Appeal No. 2.) [937 NYS2d 661]

It is hereby ordered that said appeal from the order insofar as it denied reargument is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.